JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN FOX,** | ) Case No. 2:15-cv-01871-SVW-MRW |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **ALLEN MAXWELL & SILVER, INC.,** | ) |
| Defendant. | ) |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this 10th day of April, 2015.

_____
The Honorable Stephen V. Wilson